In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-127 CR


____________________



EX PARTE DAVID EDWARDS






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 74476






 MEMORANDUM OPINION 


 On January 17, 2006, the trial court refused to consider David Edwards's
application for writ of habeas corpus. The trial court did not conduct an evidentiary
hearing or issue the writ of habeas corpus. We questioned our jurisdiction over the appeal. 
Edwards did not file a response.

 No appeal lies from the refusal to issue writ of habeas corpus unless the trial court
conducts an evidentiary hearing on the merits of the application. Ex parte Hargett, 819
S.W.2d 866 (Tex. Crim. App. 1991); Noe v. State, 646 S.W.2d 230 (Tex. Crim. App.
1983). In this case, the trial court did not address the merits of the appellant's petition. 
The trial court did not issue a writ of habeas corpus, nor did the court conduct an
evidentiary hearing on the application for the writ. Compare Ex parte Silva, 968 S.W.2d
367 (Tex. Crim. App. 1998); Ex parte McCullough, 966 S.W.2d 529 (Tex. Crim. App.
1998). We hold we have no jurisdiction over this appeal. Accordingly, it is ordered that
the appeal be dismissed for want of jurisdiction.

 APPEAL DISMISSED.


 ___________________________

 DAVID GAULTNEY

 Justice 


Opinion Delivered May 24, 2006 

Do Not Publish

Before McKeithen, C.J., Gaultney and Horton, JJ.